LOIS A. LINDSTROM, Bar No: 111743
FATEH K. SAHOTA, Bar No: 240220
ERICKSEN ARBUTHNOT.
155 Grand Avenue, Ste. 1050
Oakland, California 94612
Tele: (510) 832-7770
Fax: (510) 832-0102

Attorneys for Defendant
TEAGUE PILATES, INC.

PATRICK McCARTHY, Bar No: 108079
LAW OFFICES OF PATRIC McCARTHY
7041 Koll Center Parkway, Suite 160
Pleasanton, CA 94566
Tele: (925) 460-6000
Fax: (925) 460-6292

Attorney for Plaintiff
BALANCED BODY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFRONIA

| | |
|---|---|
| BALANCED BODY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TEAGUE PILATES, INC., and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No.: C11-01528 ~~PSG~~ CW<br><br>STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that defendant TEAGUE PILATES, INC. may have to and including May 16, 2011 to file its responsive pleading to plaintiff's complaint filed on March 30, 2011.

/ /

/ /

/ /

- 2 -

| | |
|---|---|
| Dated: April 27, 2011 | Dated:  April 27, 2011 |
| LAW OFFICES OF PATRICK McCARTHY | ERICKSEN ARBUTHNOT |
| /s/ Patrick McCarthy | /s/ Fateh K. Sahota |
| PATRICK McCARTHY<br>Attorney for Plaintiff<br>BALANCED BODY, INC. | LOIS A. LINDSTROM<br>FATEH K. SAHOTA<br>Attorneys for Defendant<br>TEAGUE PILATES, INC. |

**IT IS SO ORDERED.**

Dated: __April 29____, 2011                                          _____
                                                                                            HONORABLE CLAUDIA WILKEN