Gordon E. R. Troy, Esq., *Pro hac vice*
GORDON E. R. TROY, PC
PO Box 368
Charlotte, VT 05445
Telephone: 802 425-9060
Facsimile: 802 425-9061
Email: gtroy@webtm.com

PATRICK McCARTHY, State Bar No. 108079
    pmcarthy@mccarthylaw.us
LAW OFFICES OF PATRICK McCARTHY
7041 Koll Center Parkway, Suite 160
Pleasanton, CA 94566
Telephone:  (925) 460-6000
Facsimile:  (925) 460-6292

*Attorney for Plaintiff* Balanced Body, Inc.

LOIS A. LINDSTROM, State Bar No. 111743
FATEH K. SAHOTA, State Bar No. 240220
ERICKSEN ARBUTHNOT
155 Grand Avenue, Suite 1050
Oakland, CA 94612
Telephone:  (510) 832-7770
Facsimile:  (510) 832-0102

*Attorney for Defendant* Teague Pilates, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

| BALANCED BODY, INC., | |
|---|---|
| Plaintiff, | **Case No. : C 11-01528 - CW** |
| - against - | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| TEAGUE PILATES, INC. | |
| Defendant. | |

---

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal with prejudice of this action, including any and all claims and counterclaims asserted therein. The parties shall bear their own costs, including attorneys' fees.

1 | Dated: October 10, 2011     By:     /s/ Gordon E. R. Troy
2 |     GORDON E. R. TROY, PC
    Attorney for Plaintiff BALANCED BODY, INC.

3 |     By:     /s/ Fateh K. Sahota
4 |     LOIS A. LINDSTROM
    FATEH K. SAHOTA
    ERICKSEN ARBUTHNOT
5 |     Attorneys for Defendant TEAGUE PILATES, INC.

7 | Based on the foregoing Stipulation, IT IS SO ORDERED.

10 | DATED: ___October 11___, 2011     _____
11 |     Hon. Claudia Wilken
    United States District Judge
    Northern District of California